IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL HATCHER,, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:12-cv-378-TMH |
| ) | [wo] |
| WARDEN CARTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 18, 2012, the Magistrate Judge filed a Recommendation in this case that the case should be dismissed upon the Plaintiff's motion to dismiss (Doc. No. 7).  No timely objections have been filed.  (Doc. No. 8).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the Plaintiff's Motion to Dismiss is hereby GRANTED, and that this case be and is hereby DISMISSED without prejudice.  A Judgment in favor of the Defendants shall be forthcoming.

DONE this 9th day of August, 2012.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE